UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL HUNTER,

        Plaintiff,        Case No. 1:13-cv-192

v.

        Honorable Paul L. Maloney

RICK SNYDER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice for lack of prosecution. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.

Dated:   May 15, 2013                      /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           Chief United States District Judge